

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00266-CV

Cecilia A. **CASTELLANO**,
Appellant

v.

**BELT BUILT CONTRACTING, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20606
Honorable Laura Salinas, Judge Presiding

## O R D E R

In this accelerated appeal, appellee's brief was originally due on October 19, 2021. On October 28, 2021, appellee filed an unopposed motion requesting an extension of time. The request is GRANTED, and appellee's brief is due **no later than November 19, 2021.**

Further requests for an extension of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court